NO. 07-12-0471-CR
 NO. 07-12-0472-CR
 NO. 07-12-0473-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 NOVEMBER 28, 2012
 ______________________________

 HERMINIO GARZA, JR.,

 Appellant

 v.

 THE STATE OF TEXAS, 

 Appellee
 _______________________________
 
 FROM THE 242nd DISTRICT COURT OF HALE COUNTY;

 NOS. B19126-1203, B19127-1203 & B19128-1203;
 HONORABLE ED SELF, JUDGE
 _______________________________
 
 On Motions to Dismiss
 _______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
Pending before this court are motions to dismiss the appeals signed by both appellant Herminio Garza, Jr. and his attorney. Without passing on the merits of the case, we grant the motions to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having dismissed the appeals at appellants request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

Do not publish. Per Curiam